Form G-4

# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Roosevelt Morgan__   Case No. __18-29896__   Chapter __13__

All Cases: Moving Creditor __ICIB Investments, Inc.__   Date Case Filed __10/24/2019__

Nature of Relief Sought: ☑ Lift Stay   ☐ Annul Stay   ☐ Other (describe) __12/13/2018__

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☑ Home
   b. ☐ Car  Year, Make, and Model _____
   c. ☑ Other (describe) __6349 S. Drexel Avenue, Chicago, Illinois 60637__

2. Balance Owed as of Petition Date  $ __15,512.60__
   Total of all other Liens against Collateral $ __n/a__

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ __200,000.00__

5. Default
   a. ☑ Pre-Petition Default
      Number of months ____   Amount $ __15,512.60__

   b. ☐ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months ____   Amount $ ____
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months ____   Amount $ ____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☑ No insurance
      ii. ☑ Taxes unpaid   Amount $ __1748.97~__
      iii. ☐ Rapidly depreciating asset
      iv. ☑ Other (describe) __First Installment of 2018 due in 2019 unpaid__

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☑ Other (describe) __First Installment of 2018 due in 2019 unpaid__

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☑ No Statement of Intention Filed

Date: __04/18/2019__                                        __/s/Paul M. Bach__
                                                             Counsel for Movant

(Rev. 12 /21/09)