12/19/18
ND

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - COUNTY DIVISION

IN THE MATTER OF THE APPLICATION
OF THE COUNTY COLLECTOR FOR
JUDGMENT AND SALE AGAINST LANDS
AND LOTS RETURNED DELINQUENT FOR
NONPAYMENT OF GENERAL TAXES
AND/OR SPECIAL ASSESSMENTS FOR
THE YEARS 2014 AND PRIOR YEARS

2018COTD003682
Judge: Bertucci, Robert W.

CASE NO.

CERTIFICATE NO(S). 14-0006943

PETITION OF ICIB INVESTMENTS, INC.         /

PETITION FOR TAX DEED

COMES NOW the petitioner, ICIB INVESTMENTS, INC., by its undersigned attorneys, BALIN LAW, P.C., and states as follows:

1. On June 6, 2016, your petitioner purchased the following described real estate:

The South 1/2 of the West 124.64 feet of Lot 38 in Woodlawn Highlands, being a Subdivision of the West 10 acres of the East 60 acres of the North 1/2 of the Northwest 1/4 of Section 23, Township 38 North, Range 14, East of the Third Principal Meridian, in Cook County, Illinois.

PERMANENT INDEX NUMBER(S) 20-23-104-012-0000

At the annual tax sale held on said date by the County Treasurer of Cook County, Illinois, which sale of said property was held in accordance with the judgment of the Court duly entered after due notice had been made in accordance with the statutes in such case made and provided.

2. That Certificate of Purchase No(s). 14-0006943 was issued and delivered to your petitioner for the sum of $515.27, a copy of which is attached hereto.

3. The said parcel of real estate has not been redeemed from said tax sale and the time for redemption will expire by extension on December 12, 2018.

4. All taxes and special assessments which become due and payable on said parcel of real estate subsequent to the date of said sale and prior to and including the date of filing this petition will be redeemed. Prior to the entry of an order directing the County Clerk to issue a tax deed, all other taxes and special assessments falling due on said parcel of real estate between the date of filing this petition and the date of said order, if any, will be paid and all forfeitures and sales occurring in said interval, if any, will be redeemed.

5. All notices required by law to be given will be given prior to entry of an order directing the issuance of a tax deed on said parcels of real estate and due proof will be made of the giving of such notice.

6. Upon compliance with all the provisions of the law relating thereto, Petitioner will be entitled to the entry of an order directing the County Clerk to issue a tax deed conveying the said parcels of real estate to Petitioner unless redemption is made at the time and in the manner provided by law.

WHEREFORE, Petitioner, ICIB INVESTMENTS, INC., prays:

A. That this Honorable Court find:
   1. That due notice of said tax sale and of the time for redemption therefrom has been given to all parties entitled thereto as required by law.
   2. That due notice of the filing of this Petition has been given to all parties entitled thereto as required by law.
   3. That all general taxes and special assessments which became due and payable on the real estate, herein, subsequent to the date of said sale, herein, have been paid or redeemed as required by law.
   4. That your Petitioner has fully complied with all applicable provisions of the Property Tax Code, as amended and of all other applicable statutes of the State of Illinois and the Constitution of the State of Illinois, entitling Petitioner to a Tax Deed.
B. That this Honorable Court enter an Order Directing the County Clerk of Cook County to issue a Tax Deed to your Petitioner.
C. That this Honorable Court enter such Orders and issue such Writs as may be necessary or desirable to maintain Petitioner, as grantee, in possession of said real estate.
D. That this Honorable Court issue a Writ of assistance or enter Order of Possession to put the Petitioner as grantee of said tax deed in possession of said parcels of real estate.
E. Petitioner further asks that if the court should find that Petitioner has failed to comply with the requirements of Sections 21-385 and 22-10 thru 22-30 of the Property Tax Code of Illinois, or is equitably entitled to a sale in error, said sale be ordered a sale in error and the sale price and all subsequently paid taxes and costs be refunded to your Petitioner.
F. That this Honorable Court enter such other and further orders as may be just and proper in the premises.

_____
BALIN LAW, P.C.
Attorneys for Petitioner
100 N. LaSalle, Suite 1111
Chicago, IL 60602
(312) 345-1111
Firm No. 58864
tbalin@balinlawpc.com

# --CERTIFICATE OF PURCHASE--

STATE OF ILLINOIS ) ss
COUNTY OF COOK )

CERTIFICATE NUMBER 14-0006943

## FOR GENERAL TAXES AND SPECIAL ASSESSMENTS, A.D. 2014, ETC.

I, DAVID D. ORR, County Clerk in and for the County and State aforesaid DO HEREBY CERTIFY THAT **ICIB** did, on the day hereinafter set forth, purchase at Public Auction, at the Court House in CHICAGO, the property designated by PERMANENT REAL ESTATE NUMBER **20-23-104-012-0000**, situated in said County for the taxes, interest and costs due and unpaid thereon for the tax year **2014** and prior and paid as purchase money on said property the total amount of taxes, interest and costs thereon as stated herein.

VOLUME **260**   PERMANENT INDEX NUMBER **20-23-104-012-0000**

| TAXES | Date of Sale | Rate of Percent Sold | | Total Amt. of TAXES and Interest | Date Paid |
|---|---|---|---|---|---|
| GENERAL 2014 | 06/06/16 | 0.00 | Tax<br>Interest | 239.55<br>28.72 | 06/06/16 |
| BACK TAX | | | Tax | 268.27 | |
| YRS - SPECIAL ASSESSMENT 2015 | | | Interest<br>Tax<br>Interest | | |
| STATUTORY TREASURER FEES | | | | | |
| STATUTORY CLERK FEES | | | | 200.00 | |
| PRIOR YEARS' SPECIAL & GENERAL TAXES | | | | 47.00 | |
| | | | | .00 | |
| TOTAL | | | | 515.27 | |

Received this **19** day of **AUGUST**, 2016, the sum of $ **515.27** the amount of the purchase money on the above property.

If the aforesaid property is not redeemed in the manner and within the time provided by law, the above-named purchaser, his heirs or assigns, will, upon application and compliance with the provisions of law pertaining thereto, be entitled to receive a deed of conveyance for said real estate herein described by said permanent index number; provided that unless the holder of this certificate shall take out said deed, as entitled by law, and file same for record within one year from and after expiration of the time of redemption, the said certificate or deed and the sale upon which it is based, shall from and after the expiration of one year, be absolutely null.

WITNESS my hand and the official seal at CHICAGO in said County this **19** day of **AUGUST**, A.D., **2016**

Assessee:

Countersigned:

*Maria Pappas*
County Treasurer and Ex-Officio Collector of Cook County

*David D. Orr*
County Clerk of Cook County

THIS DOCUMENT HAS A COLORED BACKGROUND