Cook County Treasurer's Office - Chicago, Illinois   Page 1 of 5
Case 18-29896   Doc 15-4   Filed 04/18/19   Entered 04/18/19 15:44:12   Desc Screen
Print from the Cook County Treasurer showing amount due for 2018 first i   Page 1 of 5

# Your Property Tax Overview

**OVERVIEW - PAYMENTS**

**Property Index Number (PIN):** 20-23-104-012-0000    BEGIN A NEW SEARCH

Scroll down for more information.



| **Property Location:** | **Mailing Information:** |
|---|---|
| 6349 S DREXEL AVE | VIVIAN MORGAN |
| CHICAGO, IL 60637-3501 | 6349 S DREXEL AVE |
| | CHICAGO, IL 60637-3501 |

Update Your Information

## Are Your Taxes Paid?

### Tax Year 2017 (billed in 2018)

Total Amount Billed: $3,087.32

| **1st INSTALLMENT - Tax Year 2017** | | **2nd INSTALLMENT - Tax Year 2017** | |
|---|---|---|---|
| **Original Billed Amount:** | | **Original Billed Amount:** | |
| $1,951.67 | | $1,135.65 | |
| **Due Date:** | | **Due Date:** | |
| 03/01/2018 | | 08/01/2018 | |
| Tax: | $0.00 | Tax: | $0.00 |
| Interest: | $0.00 | Interest: | $0.00 |

Cook County Treasurer's Office - Chicago, Illinois  Page 2 of 5

Case 18-29896   Doc 15-4   Filed 04/18/19   Entered 04/18/19 15:44:12   Desc  Screen
Print from the Cook County Treasurer showing amount due for 2018 first i    Page 2 of 5

| | |
|---|---|
| **Last Payment Received:** $1,951.67 | **Last Payment Received:** $1,862.25 |
| **Date Received:** 03/27/2018 | **Date Received:** 09/24/2018 |
| **Current Amount Due:** $0.00 | **Current Amount Due:** $0.00 |

**Total Amount Due:**  $0.00

### Tax Year 2018 (billed in 2019)

Total Amount Billed: $1,698.03

**1st INSTALLMENT - Tax Year 2018**

**Original Billed Amount:**
$1,698.03

**Due Date:**
03/01/2019

**Tax:**
$1,698.03

**Interest:** $50.94

**Last Payment Received:** $0.00

**Date Received:**

**Current Amount Due:**
$1,748.97

**Total Amount Due:**  **$1,748.97**

Pay Now

**Payments are recorded the date they are received. They appear on the website about three business days later.**
*The balance due, including any interest, is as of Thursday, April 18, 2019.  Questions about your payment status?* Contact Us.

*To find out if taxes for this PIN are delinquent for Tax Year 2016 and earlier, search the* Cook County Clerk's *records.*

Cook County Treasurer's Office - Chicago, Illinois	Page 3 of 5
Case 18-29896   Doc 15-4   Filed 04/18/19   Entered 04/18/19 15:44:12   Desc  Screen
Print from the Cook County Treasurer showing amount due for 2018 first i   Page 3 of 5

## Download Your Tax Bill

Open a PDF of your tax bill that can be printed and used to submit a payment in person or by mail.

 **Tax Year 2018 First Installment**  Due Friday, March 1, 2019

 **Tax Year 2017 Second Installment**  Due Wednesday, August 1, 2018

Please note that the Tax Year 2017 Second Installment tax bill includes both First and Second Installment tax amounts. At this time, we are no longer able to print First Installment only bills.

For copies of specialty bills such as arrearage, omitted assessment, and railroad bills, contact us.

**Stop receiving your tax bill by mail.**

 Sign up for eBilling to receive future installment tax bills via email.

## Are there any Overpayments on your PIN?

Please note that pending Certificate of Error refunds, PTAB refunds and court-ordered refunds are not displayed in this section.

**Refunds Available on Your PIN (APPLICATION REQUIRED)**

**Tax Year 2016 (billed in 2017)**

| Installment | Tax Amount Billed | Tax Amount Paid | Refund Available |
|---|---|---|---|
| 1st | $1,785.62 | $1,785.62 | $0.00 |
| 2nd | $1,762.87 | $2,936.43 | $1,173.56 |

**Total Refund Available:**  $1,173.56   Apply Now

## Have You Received Your Exemptions in These Tax Years?

| Type | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|
| **Homeowner Exemption:** | NO | NO | NO | NO |

Cook County Treasurer's Office - Chicago, Illinois      Page 4 of 5
Case 18-29896   Doc 15-4   Filed 04/18/19   Entered 04/18/19 15:44:12   Desc  Screen
Print from the Cook County Treasurer showing amount due for 2018 first i   Page 4 of 5

| | | | | |
|---|---|---|---|---|
| **Senior Citizen Exemption:** | NO | NO | NO | NO |
| **Senior Freeze Exemption:** | NO | NO | NO | NO |
| **Returning Veteran Exemption:** | NO | NO | NO | NO |
| **Disabled Person Exemption:** | NO | NO | NO | NO |
| **Disabled Veteran Exemption:** | NO | NO | NO | NO |

Tax Year 2018 exemptions granted by the Assessor will be reflected on your Second Installment tax bill.

Apply for an exemption at the Cook County Assessor's website.

You may also view lists of properties to which you may be entitled missing senior exemptions for Tax Year 2017.

## Highlights of Your Taxing Districts' Debt and Pension

Click a taxing district name for detailed financial data.

| Your Taxing Districts | Money Owed by Your Taxing Districts | Pension and Healthcare Amounts Promised by Your Taxing Districts | Amount of Pension and Healthcare Shortage | Empl |
|---|---|---|---|---|
| Metro Water Reclamation Dist of Chicago | $3,475,872,000.00 | $2,740,910,000.00 | $1,193,113,000.00 | |
| Chicago Park District | $1,217,681,000.00 | $1,241,325,000.00 | $849,626,000.00 | |
| Board of Education Chicago | $13,020,141,298.00 | $23,347,243,331.00 | $13,233,946,026.00 | 35 |
| Chicago Community College Dist | $397,510,115.00 | $123,660,822.00 | $123,660,822.00 | |
| City of Chicago | $43,544,413,000.00 | $38,956,040,000.00 | $28,886,249,000.00 | 35 |
| Cook County Forest Preserve District | $193,646,842.00 | $457,040,680.00 | $246,669,734.00 | |
| County of Cook | $6,468,096,809.00 | $25,197,996,698.00 | $16,082,338,828.00 | 23 |

## Reports and Data for All Taxing Districts

View the financial reports filed by 547 local Taxing Districts across Cook County pursuant to the Debt Disclosure Ordinance authored by Treasurer Maria Pappas.

- Read the Treasurer's report
- Employees compared with retirees of all taxing districts, ranked worst to best
- Employees compared with retirees of all taxing districts, in alphabetical order

Cook County Treasurer's Office - Chicago, Illinois                                           Page 5 of 5
Case 18-29896    Doc 15-4    Filed 04/18/19    Entered 04/18/19 15:44:12    Desc  Screen
Print from the Cook County Treasurer showing amount due for 2018 first i    Page 5 of 5

- The funded ratio of all pension and health care obligations, ranked worst to best
- The total debts and liabilities of all taxing districts, ranked worst to best
- The total debts and liabilities of all taxing districts, in alphabetical order
- Browse all financial reports filed by a specific local government.

BEGIN A NEW SEARCH

**DISCLAIMER:** The information on this screen comes from many sources, few of which are in the control of the Cook County Treasurer's Office. Taxpayers are advised to take personal responsibility for their PIN, property location, taxpayer address, and payment amounts posted due or paid, to be sure of their accuracy.